UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DENNARD WILSON                                CIVIL ACTION NO. 07-2198

VERSUS                                                    JUDGE MELANÇON

UNITED STATES OF AMERICA              MAGISTRATE JUDGE HILL

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of July, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE